**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02338-REB-BNB

BOLA ABIMBOLA, and
LAURA WIENCEK,

    Plaintiffs,

v.

DAVID KRAMER, and
DTG OPERATIONS, INC., d/b/a Dollar Rent-a-Car,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss Defendant DTG Operations, Inc., With Prejudice** [#17] filed January 4, 2010.  After careful review of the stipulated motion and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, DTG Operations, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant DTG Operations, Inc., With Prejudice** [#17] filed January 4, 2010, is **GRANTED**;

2. That plaintiffs' claims against defendant, DTG Operations, Inc., are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

3. That defendant, DTG Operations, Inc., is **DROPPED** as a party to this action,

and the caption shall be amended accordingly.

Dated January 6, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge