IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02338-REB-BNB

BOLA ABIMBOLA, and
LAURA WIENCEK,

Plaintiffs,

v.

DAVID KRAMER, and
LEE HANGER,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion for Joinder** [Doc. # 19, filed 1/27/2010] (the "Motion to Amend"), by which the plaintiffs seek leave to amend their complaint to add an additional defendant.

IT IS ORDERED that the Motion to Amend [Doc. # 19] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 19-5].

IT IS FURTHER ORDERED that the case caption is modified as indicated above.

Dated March 9, 2010.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge