IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02338-REB-BNB

BOLA ABIMBOLA, and
LAURA WIENCEK,

    Plaintiffs,

v.

DAVID KRAMER,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR REMAND

**Blackburn, J.**

The matter before me is **Plaintiffs' Unopposed Motion For Remand** [#27] filed March 29, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this matter be remanded to the District Court, Boulder County, Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Unopposed Motion For Remand** [#27] filed March 29, 2010, is **APPROVED**; and

2. That this action is **REMANDED** to the District Court, Boulder County, Colorado (where it was filed as Civil Action No. 2009CV784).

Dated March 30, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge