IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02338-REB-BNB

BOLA ABIMBOLA, and
LAURA WIENCEK,

    Plaintiffs,

v.

DAVID KRAMER and
LEE HANGER,

    Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION

**Blackburn, J.**

This matter is before me on **Defendant David Kramer's Unopposed Motion for Reconsideration of Order Granting Plaintiffs' Unopposed Motion for Remand** [#30] filed April 9, 2010. The motion is unopposed and is denied.

On March 30, 2010, I entered an **Order Granting Unopposed Motion for Remand** [#28], which granted the relief requested by plaintiffs in the **Unopposed Motion for Remand** [#27]. In my order [#28], I remanded this case to the District Court, Boulder County, Colorado, the state district court in which this case was filed originally. In his motion for reconsideration [#30], defendant Kramer asks that I remand this case instead to the District Court, Adams County, Colorado, arguing that the Adams County District Court is a more convenient forum for all involved. In essence, Kramer seeks from this federal district court a change of venue from the District Court of Boulder County, Colorado, where this case was filed originally, to the District Court of Adams

County, Colorado.  This is not permissible.  Under 28 U.S.C. § 1447, I may remand a case only to the state court where it was filed originally.  ***Petrofsky v. ARA Group, Inc.***, 878 F.Supp. 85, 86 (S.D. Tex.1995).  Further, following the entry of my **Order Granting Unopposed Motion for Remand** [#28], I no longer have jurisdiction to address substantive matters in this case, including venue in state court.

**THEREFORE, IT IS ORDERED** that **Defendant David Kramer's Unopposed Motion for Reconsideration of Order Granting Plaintiffs' Unopposed Motion for Remand** [#30] filed April 9, 2010, is **DENIED**.

Dated April 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge